**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Jared R. Facciola | CHAPTER 13 |
| Melodie R. Facciola | |
| <u>Debtor(s)</u> | BKY. NO. 22-12342 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Freedom Mortgage Corporation and index same on the master mailing list.

                      Respectfully submitted,

                      /s/ *Michael Farrington*
                      Michael Farrington
                      10 Nov 2023, 17:31:38, EST

                      KML Law Group, P.C.
                      701 Market Street, Suite 5000
                      Philadelphia, PA 19106-1532
                      (215) 627-1322