| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 22-12342-PMM

Jared R. Facciola                                                                                   Petition Filed Date: 09/06/2022
Melodie R. Facciola                                                                               341 Hearing Date: 10/18/2022
652 Old State Road                                                                                Confirmation Date: 02/02/2023
Oley  PA    19547-8853

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/06/2024 | $450.00 | | 09/09/2024 | $450.00 | | 10/07/2024 | $450.00 | |
| 11/06/2024 | $450.00 | | 12/09/2024 | $450.00 | | 01/07/2025 | $450.00 | |
| 02/06/2025 | $450.00 | | 03/07/2025 | $450.00 | | 04/07/2025 | $450.00 | |
| 05/07/2025 | $450.00 | | 06/06/2025 | $450.00 | | 07/08/2025 | $450.00 | |

**Total Receipts for the Period: $5,400.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $15,750.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | ONE MAIN FINANCIAL GROUP LLC »» 001 | Unsecured Creditors | $8,942.19 | $0.00 | $8,942.19 |
| 2 | DISCOVER BANK »» 002 | Unsecured Creditors | $3,009.64 | $0.00 | $3,009.64 |
| 3 | WELLS FARGO DEALER SERVICES »» 003 | Secured Creditors | $29.82 | $0.00 | $29.82 |
| 4 | UNITED STATES TREASURY (IRS) »» 04P | Priority Crediors | $19,738.84 | $12,384.25 | $7,354.59 |
| 5 | UNITED STATES TREASURY (IRS) »» 04U | Unsecured Creditors | $23,770.78 | $0.00 | $23,770.78 |
| 6 | CAPITAL ONE AUTO FINANCE »» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA »» 006 | Unsecured Creditors | $5,150.97 | $0.00 | $5,150.97 |
| 8 | CAPITAL ONE BANK (USA) NA »» 007 | Unsecured Creditors | $1,484.67 | $0.00 | $1,484.67 |
| 9 | CAPITAL ONE BANK (USA) NA »» 008 | Unsecured Creditors | $2,875.72 | $0.00 | $2,875.72 |
| 10 | FREEDOM MORTGAGE CORPORATION »» 009 | Mortgage Arrears | $2,231.98 | $0.00 | $2,231.98 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES »» 010 | Unsecured Creditors | $1,534.12 | $0.00 | $1,534.12 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR »» 011 | Unsecured Creditors | $1,632.48 | $0.00 | $1,632.48 |
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR »» 012 | Unsecured Creditors | $143.68 | $0.00 | $143.68 |
| 14 | TOYOTA MOTOR CREDIT CORP »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-12342-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $6,559.88 | $0.00 | $6,559.88 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,750.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $14,384.25 | Arrearages: | $0.00 |
| Paid to Trustee: | $1,365.75 | Total Plan Base: | $27,000.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.