# United States Bankruptcy Court

Eastern District of Pennsylvania (Reading)

IN RE:    JARED R FACCIOLA                      CASE NO.: 22-12342
               MELODIE R FACCIOLA              CHAPTER: 13

     Debtors

### Change of address – Payment for Creditor

As to Claim 3-1, Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto files this notice that its address for payment has changed.

| Old Notifications address | New Notifications address |
|---|---|
| | |
| Old payment address | New payment address |
| Wells Fargo Auto | Wells Fargo Auto |
| PO Box 17900 | PO Box 51963 |
| Denver CO 80217-0900 | Los Angeles CA 90051-6263 |

Please note that if a payment address is not provided, then the payment address has not changed.

Creditor phone number: 1-888-875-9372
Creditor email address: bkchapter13@wellsfargo.com

09/24/2025                             /s/Lisa Johnson
                                        Account Resolution Associate Manager
                                        Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto

# Certificate of Service

Eastern District of Pennsylvania (Reading)

IN RE:  JARED R FACCIOLA               CASE NO: 22-12342
        MELODIE R FACCIOLA             CHAPTER: 13

    Debtors

In addition to the parties who will be served via the Court's ECF system, I certify that, on or before 09/24/2025, I served a true and correct copy of the Change of Address as follows:

☒ By CM/ECF:
   Lisa Johnson
   Account Resolution Associate Manager

☐ By mail:
   [Name]
   [Address]

☐ By [Method of delivery]:
   [Name]
   [Address]

09/24/2025                                           /s/Lisa Johnson
                                                           Account Resolution Associate Manager
                                                           Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto