**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
IN RE:                          :
                                :
    JARED R. FACCIOLA and       :    CHAPTER 13
    MELODIE R. FACCIOLA,        :
                                :
             Debtors   :    BKRTCY. NO. 22-12342 pmm
```

**NOTICE OF FILING MOTION TO SELL REAL PROPERTY
AND FOR APPROVAL OF REAL ESTATE COMMISSIONS ASSOCIATED WITH SALE**

To the Debtors, Chapter 13 Trustee, U.S. Trustee and parties in interest, NOTICE is given that:

1. On or about June 29, 2026 Kevin K. Kercher, Esquire, Counsel to the Debtors, filed a Motion to Sell Real Property  and to Approve Commissions Associated with the Sale.  A copy of such Motion is on file in the Clerk's Office and is available for inspection during regular business hours.

2. Debtors Jared and Melodie Facciola intend to sell their real estate located at 652 Old State Road, Oley, PA, PA, to third party buyers, Margaret M. Kogut and Rebecca A. O'Sullivan.  The proposed purchase price is $385,000.  A copy of the Agreement of Sale is attached to the Motion.  The proceeds are sufficient to pay off the mortgage to Freedom Mortgage, liened real estate taxes, closing costs, real estate commissions in full.  The balance of proceeds remaining are proposed to be paid to the Debtors.   Debtors believe the price to be more than fair and this is an arms length transaction.  The Debtors are also requesting approval of real estate commissions associated with the sale based on 6% of the purchase price for a total of $23,100.

3. The sale is to be subject to certain terms and conditions, as contained in the Motion.  Payment of normal and customary charges relating to closing and taxes are authorized to be paid.

4. Any creditor or party in interest may file an objection to the Motion with the Clerk, U.S. Bankruptcy Court, Suite 103, 201 Penn Street, Reading, PA 19601, and serve a copy on Counsel for the Debtors at the address listed below within twenty-one (21) days of the date set forth below.

5. A hearing, if necessary, will be held on **July 23, 2026, at 11:00 o'clock** in Fourth Floor Courtroom at the address listed in Paragraph 4 above.  In the absence of any objection, the attorney for the Debtors will certify same to the Court and request that an Order be entered authorizing the sale.

Dated: 6/29/2026                      /s/ Kevin K. Kercher
                                      Kevin K. Kercher, Esquire
                                      881 Third Street, Suite #C-2
                                      Whitehall, PA 18052
                                      (610) 264-4120 - phone
                                      (610) 264-2990 - fax
                                      **Attorney for Debtors**