**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          :
                                :
   JARED R. FACCIOLA and        :    CHAPTER 13
   MELODIE R. FACCIOLA,         :
                                :
             Debtors    :    BKRTCY. NO. 22-12342 pmm


**(REVISED)ORDER AUTHORIZING DEBTORS JARED AND MELODIE FACCIOLA TO
SELL REAL ESTATE AND AUTHORIZING PAYMENT OF
REAL ESTATE COMMISSIONS ASSOCIATED WITH SALE**

AND NOW, upon consideration of the Debtors' Motion to Sell Real Property pursuant to Section 363 (hereinafter "the Motion"), and for Approval of Commissions Associated With Sale, it is hereby:

**ORDERED** AND **DECREED,** that the Debtors' Motion to Sell Property upon the terms set forth therein which are incorporated by reference is **APPROVED** AND **GRANTED;** and

THE COURT FINDS that the proposed purchase price is fair and reasonable under the circumstances, and that such sale is proposed in good faith, and in accordance with those standards as are set forth in *In re Abbotts Dairies, Inc.*; and

IT IS FURTHER **ORDERED** that Debtors Jared and Melodie Facciola are authorized to sell their real property known as 652 Old State Road, Oley, PA, to Margaret Kogut and Rebecca O'Sullivan for the sum of $385,000, pursuant to the terms of a certain Agreement of Sale attached to the Motion to Sell.  All valid, perfected, allowed secured claims and/or liens shall

1

attach to the proceeds of sale and shall be paid at closing as shall normal and customary closing costs and unpaid current real estate taxes, along with those other charges as are contained in the Motion, which is incorporated herein.

Debtors and the closing agent are authorized and directed to pay the proceeds of the sale (after payment of closing costs, current real estate tax pro-rations and the realtor's commissions) to Freedom Mortgage in satisfaction of its lien against the Debtors' real estate.

Freedom's lien shall be paid in full from the closing proceeds, pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff is approved by Respondent before the sale occurs; and Debtors shall have one hundred twenty (120) days from entry of the Order to sell the Real Property. If the sale does not occur within the one hundred twenty (120) days of the entered Order, then the Motion to Sell shall be deemed moot. If the debtor needs additional time, then debtor must request an extension before the time expires.

IT IS FURTHER **ORDERED** that real estate commissions associated with this sale and totaling $23,100 be and hereby are **APPROVED** and authorized to be paid at closing.

The balance shall be paid over to the Debtors.

2

Debtors or Debtors' counsel shall forward a true copy of the executed ALTA Settlement Statement from the closing on this sale to the Chapter 13 Trustee within ten (10) days of the date of closing.

**Date: July 24, 2026**

PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE