United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 22-12342-pmm

Jared R. Facciola                                                                      Chapter 13

Melodie R. Facciola

     Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 24, 2026 | Form ID: pdf900 | Total Noticed: 4 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 26, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Jared R. Facciola, Melodie R. Facciola, 652 Old State Road, Oley, PA 19547-8853 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jul 25 2026 01:41:04 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: Bankruptcy@Freedommortgage.com | Jul 25 2026 01:38:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | + | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Jul 25 2026 01:41:04 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, NC 27605-1000 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 26, 2026                        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 24, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com  wbecf@brockandscott.com |

District/off: 0313-4                              User: admin                                    Page 2 of 2

Date Rcvd: Jul 24, 2026                          Form ID: pdf900                                Total Noticed: 4

KERI P EBECK
                    on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com
                    btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

KEVIN K. KERCHER
                    on behalf of Joint Debtor Melodie R. Facciola kevin@kercherlaw.com  kevinkk@kercherlaw.com

KEVIN K. KERCHER
                    on behalf of Debtor Jared R. Facciola kevin@kercherlaw.com  kevinkk@kercherlaw.com

MARIO J. HANYON
                    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com

MATTHEW K. FISSEL
                    on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com

SCOTT F. WATERMAN [Chapter 13]
                    ECFMail@ReadingCh13.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 8

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                          :
                                :
    JARED R. FACCIOLA and       :      CHAPTER 13
    MELODIE R. FACCIOLA,        :
                                :
                Debtors         :      BKRTCY. NO. 22-12342 pmm


**(REVISED)ORDER AUTHORIZING DEBTORS JARED AND MELODIE FACCIOLA TO
SELL REAL ESTATE AND AUTHORIZING PAYMENT OF
REAL ESTATE COMMISSIONS ASSOCIATED WITH SALE**

AND NOW, upon consideration of the Debtors' Motion to Sell
Real Property pursuant to Section 363 (hereinafter "the Motion"),
and for Approval of Commissions Associated With Sale, it is
hereby:

**ORDERED** AND **DECREED**, that the Debtors' Motion to Sell
Property upon the terms set forth therein which are incorporated
by reference is **APPROVED** AND **GRANTED**; and

THE COURT FINDS that the proposed purchase price is fair and
reasonable under the circumstances, and that such sale is
proposed in good faith, and in accordance with those standards as
are set forth in *In re Abbotts Dairies, Inc.*; and

IT IS FURTHER **ORDERED** that Debtors Jared and Melodie
Facciola are authorized to sell their real property known as 652
Old State Road, Oley, PA, to Margaret Kogut and Rebecca
O'Sullivan for the sum of $385,000, pursuant to the terms of a
certain Agreement of Sale attached to the Motion to Sell.  All
valid, perfected, allowed secured claims and/or liens shall

1

attach to the proceeds of sale and shall be paid at closing as shall normal and customary closing costs and unpaid current real estate taxes, along with those other charges as are contained in the Motion, which is incorporated herein.

Debtors and the closing agent are authorized and directed to pay the proceeds of the sale (after payment of closing costs, current real estate tax pro-rations and the realtor's commissions) to Freedom Mortgage in satisfaction of its lien against the Debtors' real estate.

Freedom's lien shall be paid in full from the closing proceeds, pursuant to a proper payoff quote obtained prior to and good through the closing date; or any short payoff is approved by Respondent before the sale occurs; and Debtors shall have one hundred twenty (120) days from entry of the Order to sell the Real Property. If the sale does not occur within the one hundred twenty (120) days of the entered Order, then the Motion to Sell shall be deemed moot. If the debtor needs additional time, then debtor must request an extension before the time expires.

IT IS FURTHER **ORDERED** that real estate commissions associated with this sale and totaling $23,100 be and hereby are **APPROVED** and authorized to be paid at closing.

The balance shall be paid over to the Debtors.

2

Debtors or Debtors' counsel shall forward a true copy of the executed ALTA Settlement Statement from the closing on this sale to the Chapter 13 Trustee within ten (10) days of the date of closing.

**Date: July 24, 2026**

*Patricia M. Mayer*
_____
**PATRICIA M. MAYER
UNITED STATES BANKRUPTCY JUDGE**

3