Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Melodie R. Facciola
652 Old State Road
Oley, PA

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 22-12342-PMM**

Petition Filed Date: 09/06/2022
341 Hearing Date: 10/18/2022
Confirmation Date: 02/02/2023

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/08/2025 | $450.00 | | 09/09/2025 | $450.00 | | 10/08/2025 | $450.00 | |
| 11/10/2025 | $450.00 | | 12/08/2025 | $450.00 | | 01/09/2026 | $450.00 | |
| 02/09/2026 | $450.00 | | 03/09/2026 | $450.00 | | 04/08/2026 | $450.00 | |
| 05/11/2026 | $450.00 | | 06/08/2026 | $450.00 | | 07/08/2026 | $450.00 | |

**Total Receipts for the Period: $5,400.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $27,000.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | KEVIN K KERCHER ESQ | Attorney Fees | $2,000.00 | $2,000.00 | $0.00 |
| 1 | ONEMAIN FINANCIAL GROUP LLC<br>»» 001 | Unsecured Creditors | $8,942.19 | $0.00 | $8,942.19 |
| 2 | DISCOVER BANK<br>»» 002 | Unsecured Creditors | $3,009.64 | $0.00 | $3,009.64 |
| 3 | WELLS FARGO AUTO<br>»» 003 | Secured Creditors | $29.82 | $0.00 | $29.82 |
| 4 | UNITED STATES TREASURY (IRS)<br>»» 04P | Priority Crediors | $19,738.84 | $17,378.35 | $2,360.49 |
| 5 | UNITED STATES TREASURY (IRS)<br>»» 04U | Unsecured Creditors | $23,770.78 | $0.00 | $23,770.78 |
| 6 | CAPITAL ONE AUTO FINANCE<br>»» 005 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 7 | CAPITAL ONE BANK (USA) NA<br>»» 006 | Unsecured Creditors | $5,150.97 | $0.00 | $5,150.97 |
| 8 | CAPITAL ONE BANK (USA) NA<br>»» 007 | Unsecured Creditors | $1,484.67 | $0.00 | $1,484.67 |
| 9 | CAPITAL ONE BANK (USA) NA<br>»» 008 | Unsecured Creditors | $2,875.72 | $0.00 | $2,875.72 |
| 10 | FREEDOM MORTGAGE CORPORATION<br>»» 009 | Mortgage Arrears | $2,231.98 | $0.00 | $2,231.98 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $1,534.12 | $0.00 | $1,534.12 |
| 12 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 011 | Unsecured Creditors | $1,632.48 | $0.00 | $1,632.48 |

**Chapter 13 Case No. 22-12342-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 13 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 012 | Unsecured Creditors | $143.68 | $0.00 | $143.68 |
| 14 | TOYOTA MOTOR CREDIT CORP<br>»» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $6,559.88 | $0.00 | $6,559.88 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $27,000.00 | Current Monthly Payment: | $450.00 |
| Paid to Claims: | $19,378.35 | Arrearages: | ($5,850.00) |
| Paid to Trustee: | $2,222.10 | Total Plan Base: | $27,000.00 |
| Funds on Hand: | $5,399.55 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.