Certificate Number: 06531-PAE-DE-041145752

Bankruptcy Case Number: 22-12342

06531-PAE-DE-041145752

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 28, 2026, at 8:48 o'clock PM CDT, Jared R Facciola completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: June 28, 2026

By: /s/Kenia Colchado

Name: Kenia Colchado

Title: Credit Counselor