United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 22-12342-pmm
Jared R. Facciola Chapter 13
Melodie R. Facciola
Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 3
Date Rcvd: Sep 21, 2026 Form ID: 138OBJ Total Noticed: 33

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | # | Jared R. Facciola, Melodie R. Facciola, 652 Old State Road, Oley, PA 19547-8853 |
| 14719140 | | Freedom Mortgage, 29730 Network Pl, Chicago, IL 60673-1297 |
| 14721362 | + | Freedom Mortgage Corporation, c/o ANDREW L. SPIVACK, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130 Mount Laurel, NJ 08054-1218 |
| 14723115 | + | Freedom Mortgage Corporation, C/O Mario Hanyon, Esq, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14719142 | | Mosquito Squad Franchising Corp., 2924 Emerywood Pkwy Ste 101, Richmond, VA 23294-3746 |
| 14719146 | | Wyndham Rewards - Barclary, PO Box 13337, Philadelphia, PA 19101-3337 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 22 2026 02:30:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 22 2026 02:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14719135 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 22 2026 02:39:08 | Capital One Auto Finance, PO Box 60511, City Of Industry, CA 91716-0511 |
| 14720402 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2026 02:39:31 | Capital One Auto Finance, a division of, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14727693 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 22 2026 02:39:40 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14719136 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 22 2026 02:39:40 | Capital One Bank (USA), N.A., P.O. Box 71083, Charlotte, NC 28272-1083 |
| 14732637 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 22 2026 02:39:41 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14719137 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2026 02:30:00 | Comenity - Vacation Club Credit, PO Box 650113, Dallas, TX 75265-0113 |
| 14719138 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 22 2026 02:30:00 | Comenity Bank, PO Box 659728 Victoria's Secret, San Antonio, TX 78265-9728 |
| 14719141 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 22 2026 02:30:00 | Department of the Treasury -, Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14721258 | | Email/Text: mrdiscen@discover.com | Sep 22 2026 02:30:00 | Discover Bank, Discover Products Inc, PO Box |

| | | | | |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 14719139 | | Email/Text: mrdiscen@discover.com | Sep 22 2026 02:30:00 | Discover Card, PO Box 70176, Philadelphia, PA 19176-0176 |
| 14721115 | + | Email/Text: EBN@brockandscott.com | Sep 22 2026 02:30:00 | Freedom Mortgage Corporation, C/O Brock and Scott, PLLC, Attorneys at Law, 8757 Red Oak Blvd., Suite 150, Charlotte, NC 28217-3977 |
| 14733381 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 22 2026 02:30:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 14721116 | + | Email/Text: Bankruptcy@Freedommortgage.com | Sep 22 2026 02:30:00 | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |
| 14830604 | ^ | MEBN | Sep 22 2026 02:28:46 | Freedom Mortgage Corporation, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14734822 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 22 2026 02:39:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14721059 | | Email/PDF: cbp@omf.com | Sep 22 2026 02:39:05 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14719143 | | Email/PDF: cbp@omf.com | Sep 22 2026 02:39:30 | One Main Financial, PO Box 740594, Cincinnati, OH 45274-0594 |
| 14733848 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 22 2026 02:39:40 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14733945 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2026 02:30:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14733944 | | Email/Text: bnc-quantum@quantum3group.com | Sep 22 2026 02:30:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14734393 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Sep 22 2026 02:30:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14719144 | | Email/Text: bknotice@upgrade.com | Sep 22 2026 02:30:00 | Upgrade, 275 Battery St # 23RD, San Francisco, CA 94111-3305 |
| 14719145 | | Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Sep 22 2026 02:39:07 | Wells Fargo Auto, PO Box 17900, Denver, CO 80217-0900 |
| 14721615 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Sep 22 2026 02:39:08 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 14719147 | | Email/Text: bankruptcydept@wyn.com | Sep 22 2026 02:30:00 | Wyndham Vacation Club, 22 Sylvan Way, Parsippany, NJ 07054-3801 |

TOTAL: 27

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14723116 | *+ | Freedom Mortgage Corporation, 11988 Exit 5 Parkway, Building 4, Fishers, IN 46037-8022 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@metzlewis.com btemple@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| KEVIN K. KERCHER | on behalf of Debtor Jared R. Facciola kevin@kercherlaw.com kevinkk@kercherlaw.com |
| KEVIN K. KERCHER | on behalf of Joint Debtor Melodie R. Facciola kevin@kercherlaw.com kevinkk@kercherlaw.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| MATTHEW K. FISSEL | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

*Form 138OBJ* (6/24)−doc 63 − 61

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Jared R. Facciola | ) | Case No. 22−12342−pmm |
| | ) | |
| | ) | |
| Melodie R. Facciola | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed on or before **October 21, 2026** with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: September 21, 2026

For The Court

Mohung Wong
Clerk of Court