**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | |
| | : | |
| **JARED R. FACCIOLA and** | : | **CHAPTER 13** |
| **MELODIE R. FACCIOLA,** | : | |
| | : | |
| **Debtors** | : | **BKRTCY. NO. 22-12342 pmm** |

**REQUEST TO CHANGE ADDRESS OF DEBTORS**

**TO THE CLERK:**

Please change the address of the Debtors in the above matter. The new address is:

**Jaren Facciola**
**Melodie Facciola**
**376 Loblolly Dr**
**Sparta Ga 31087**

**LAW OFFICES OF**
**KEVIN K. KERCHER, ESQUIRE**

Date: 10/13/2026

BY: /s/ Kevin K. Kercher
Kevin K. Kercher, Esquire
881 Third Street, Suite #C-2
Whitehall, PA 18052
**Attorney for Debtors**